<u>NOT FOR PUBLICATION</u>

United States District Court<br>for the District of New Jersey

| | |
|---|---|
| COLLEEN KROL,<br>    Plaintiff,<br>vs.<br><br>STEVEN CRAWFORD and JOHN DOES # 1 to # 5, individually and as officers and employees of the Township of Mendham and JOHN DOES #6 to 10, individually and as officers and employees of the State of New Jersey; and the Township of Mendham, a New Jersey municipal corporation | Civil No.: 12-7456 (KSH)<br><br><u>Order</u> |

**<u>Katharine S. Hayden, U.S.D.J.</u>**

This matter having come before the Court on the Mendham Township defendants' motion to dismiss the complaint for failure to state a claim upon which relief can be granted, and in the alternative for summary judgment [D.E. 5]; and the Court declining to convert defendants' motion to dismiss under Fed. R. Civ. P. 12(d); in accordance with the accompanying opinion,

IT IS ON this 30th day of September, 2013

ORDERED that the Township defendants' motion to dismiss [D.E. 5] is granted in part and denied in part; and it is further

ORDERED that Krol's complaint [D.E. 1] is dismissed in part without prejudice.

/s/ Katharine S. Hayden<br>Katharine S. Hayden, U.S.D.J