United States District Court
for the District of New Jersey

| | |
|---|---|
| COLLEEN KROL<br><br>    Plaintiff,<br><br>V.<br><br>STEVEN CRAWFORD; JOHN DOES #1 to #5, individually and as officers and employees of the Township of Mendham; JOHN DOES #6 to #10, individually and as officers and employees of the State of New Jersey; and the TOWNSHIP OF MENDHAM, a New Jersey municipal corporation<br><br>    Defendants. | Civil No: 12-7456 (KSH)<br><br><br>**OPINION** |

**Katharine S. Hayden, U.S.D.J.**

  **THIS MATTER** having come before the Court on motion for summary judgment (D.E. 36) brought by defendant, Steven Crawford; the plaintiff, Colleen Krol not having opposed the motion; and the Court having considered the parties' written submissions and for the reasons set forth in the opinion filed herewith,

  **IT IS** on this 17th day of November, 2015, hereby

  **ORDERED** that Crawford's motion for summary judgment is **granted**; and it is further

  **ORDERED** that plaintiff's complaint is dismissed and the Clerk of the Court is directed to close the case.

                 /s/ Katharine S. Hayden
                 Katharine S. Hayden, U.S.D.J.